# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-180-272**

**Effective Date of Registration:**
December 02, 2019
**Registration Decision Date:**
December 03, 2019

## Title

| | |
|---|---|
| **Title of Work:** | Companion |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1999 |
| **Date of 1st Publication:** | October 19, 2000 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Brian Joseph Donnelly |
| **Author Created:** | sculpture |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1974 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | KAWS Inc. |
| | 259 Banker Street, Brooklyn, NY, 11222, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | 2-D artwork |
| **New material included in claim:** | sculpture |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | KAWS Inc. |
| **Address:** | 259 Banker Street |
| | Brooklyn, NY 11222 United States |

## Certification

                **Name:** Lisa A. Ferrari
                **Date:** December 02, 2019
**Applicant's Tracking Number:** 452669

    **Copyright Office notes:** Basis for Registration: Registration based on deposited authorship describing, depicting, or embodying such character(s). Compendium 313.4(H).



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Kary A. Lesle

United States Register of Copyrights and Director

**Registration Number**
## VA 2-182-652
**Effective Date of Registration:**
December 12, 2019
**Registration Decision Date:**
December 13, 2019

---

## Title
- **Title of Work:** BFF

## Completion/Publication
- **Year of Completion:** 2016
- **Date of 1st Publication:** June 30, 2016
- **Nation of 1st Publication:** United States

## Author
- **Author:** KAWS Inc
- **Author Created:** sculpture
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright Claimant
- **Copyright Claimant:** KAWS Inc
  259 Banker St, BROOKLYN, NY, 11222, United States

## Certification
- **Name:** Mark Barrow
- **Date:** December 12, 2019

